IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

PHILLIP WADE SMITH, JR.                                                                         PLAINTIFF

v.                                    Case No. 1:15-cv-01027

SHERIFF MIKE MCGOUGH                                                                          DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed June 4, 2015, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 6). Judge Bryant recommends Plaintiff's Complaint (ECF No. 1) be dismissed without prejudice pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i-iii) and 1915A(a).

The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). The Court adopts the Report and Recommendation *in toto*. Accordingly, the Plaintiff's Complaint (ECF No. 1) is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 23rd day of June, 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge